```
              IN THE UNITED STATES DISTRICT COURT
            FOR THE EASTERN DISTRICT OF PENNSYLVANIA

KIM SHANK,
                                   :
          Plaintiff,               :
                                   : CIVIL ACTION
     vs.                           :
                                   : NO. 15-CV-5319
FISERV, INC.,                      :
                                   :
          Defendant.               :
```

**ORDER**

AND NOW, this       day of January, 2016, upon consideration of Defendant's Motion to Dismiss and to Compel Arbitration (Doc. No. 3), Plaintiff's Response in Opposition thereto (Doc. No. 4), and Defendant's Reply in Further Support thereof (Doc. No. 7), and for the reasons set forth in the accompanying Memorandum, it is hereby ORDERED that the Motion to Dismiss and to Compel Arbitration is DENIED.

                                        BY THE COURT:


                                        S/J. Curtis Joyner
                                        J. Curtis Joyner, J.