## IN THE UNITED STATES DISTRICT COURT FOR
## THE EASTERN DISTRICT OF PENNSYLVANIA

KIM SHANK,                              )
                                       )
      Plaintiff,                       )
                                       )          Case No. 2:15-cv-05319
vs.                                     )
                                       )
FISERV, INC.,                           )
                                       )
      Defendant.                       )

**FILED**

SEP 06 2016

LUCY V. CHIN, Interim Clerk
By _____ Dep. Clerk

### PLAINTIFF'S MOTION / STIPULATION TO DISMISS

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Kim Shank, with

the stipulation of Defendant Fiserv, Inc., hereby moves to dismiss this action against Defendant

Fiserv, Inc. with prejudice, each party to bear her or its own costs and attorneys' fees.

**So stipulated,**

/s/ Kevin Console
    Kevin Console, Esquire
    Attorney ID No. 317235
    1525 Locust Street, 9th Floor
    Philadelphia, Pennsylvania 19102
    Telephone: (215) 545-7676
    Facsimile: (215) 701-2344
    kevinconsole@consolelaw.com
    Attorney for Plaintiff

/s/ Charles B. Jellinek
    Charles B. Jellinek
    Admitted *pro hac vice*
    One Metropolitan Square
    211 N. Broadway, Suite 3600
    St. Louis, Missouri 63102
    Telephone: (314) 259-2138
    Facsimile: (314) 552-8138
    cbjellinek@bryancave.com
    Attorney for Defendant

J.